IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY WHITE,<br>an individual,<br><br>    PLAINTIFF,<br>v.<br><br>ADELAHMED LLC, L.L.C.,<br>a limited liability company,<br><br>    DEFENDANT. | *<br>*<br>*<br>*<br>*<br>* Case No. 4:23-CV-00202 PLC<br>*<br>*<br>*<br>*<br>* |

MOTION TO DISMISS

Plaintiff by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby request the dismissal of the above-captioned case with prejudice.

Each party shall bear its own cost and attorney's fees.

/s/ Amy J.W. Ashbrook
Amy J.W. Ashbrook,
amy@mojusticeleague.com
650 N. Creek Drive #119
Festus, MO 63028
314.808.4485
1.877.685.6195 (fax)
Attorney for Plaintiff

1.

1