UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY WHITE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  4:23-CV-202 PLC |
| | ) | |
| ADELAHMED LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff Johnny White's motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [ECF No. 22]  Plaintiff requests an order from the Court dismissing the action with prejudice and directing each party to bear its own costs and attorney's fees. [ECF No. 22] Defendant has not filed a response to Plaintiff's motion and the time to do so has passed.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action as a matter of right any time "before the opposing party serves either an answer or a motion for summary judgment." Here, Defendant Adelahmed, LLC filed its answer on April 14, 2023 and, thus, dismissal under Rule 41(a)(1)(A)(i) is improper.  However, the Court may dismiss an action under Rule 41(a)(2) at a plaintiff's request and "on terms that the court considers proper[.]" Fed. R. Civ. P. 41(a)(2). Because Defendant does not object to Plaintiff's request for the parties to bear their own costs and fees, the Court grants Plaintiff's motion for dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss [ECF No. 22] is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER ORDERED** that Plaintiff's action against Defendant Adalahmed, LLC is **DISMISSED with prejudice**, each party to bear its own costs and fees.

                                                  _____
                                                  PATRICIA L. COHEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of October, 2023